JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
Huy Chi Luong

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S 96-350-WBS |
| Plaintiff, | STIPULATION AND ORDER RE: SENTENCING HEARING |
| v. | |
| HUY CHI LUONG, and DANNY HUNG LEUNG, | Dated: February 5, 2007<br>Time: 8:30 a.m.<br>Hon. William B. Shubb |
| Defendants. | |

Defendant Huy Chi Luong, through counsel John Balazs, defendant Danny Hung Leung, through counsel Scott Tedmon, and the United States, through its counsel, Assistant U.S. Attorneys William Wong and Jason Hitt, hereby stipulate and request that the Court continue the sentencing hearing in this case for both defendants with the following schedule:

    Judgment and Sentencing Date:    2/5/07 8:30 a.m.

    Motion for Correction of PSR/
    Sentencing Memorandum:    1/23/07

    Final PSR filed:    1/16/07

The reason for this request is that undersigned counsel for Huy Chi Luong has an oral argument in the Ninth Circuit in U.S. v. Whiteaker, No. 04-10598, on the date currently scheduled for sentencing in this court, i.e., January 8, 2006.  The probation officer has been informed of this stipulation and has no objection.

The Speedy Trial Act does not apply between conviction and sentencing.

Dated:   December 21, 2006

                                      Respectfully submitted,

/s/ John Balazs
JOHN BALAZS

Attorney for Defendant
DWAYNE LAMONT SLATER

Dated:   December 21, 2006

/s/ Scott Tedmon
SCOTT TEDMON

Attorney for Defendant
DANNY HUNG LEUNG

Dated:   December 21, 2006       McGREGOR W. SCOTT
                                 U.S. Attorney

                         By:     /s/ William S. Wong
                                 William S. Wong
                                 Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated:   December 21, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2