1  BENJAMIN B. WAGNER
   United States Attorney
2  WILLIAM S. WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | CASE NO. CRS 2:96-350 WBS |
12 | Plaintiff, | ORDER TO RESCHEDULE CASE FOR FURTHER STATUS REGARDING SENTENCING AND/OR SENTENCING |
13 | v. | |
14 | DANNY LEUNG, | |
15 | Defendant. | |

16

17     For the reasons set forth above, the stipulation is accepted by the Court and this case is set for

18 Judgment and Sentencing on March 21, 2016, at 9:00 a.m.

19 Dated: February 25, 2016

                                         _____
20                                       WILLIAM B. SHUBB
                                         UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28