LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA Bar No. 96171
980 Ninth Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 449-9985
Email: tedmonlaw@comcast.net

Attorney for Defendant
DANNY HUNG LEUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:96-CR-350-WBS |
| Plaintiff, | |
| vs. | **APPLICATION TO EXONERATE BAIL AND [PROPOSED] ORDER** |
| DANNY HUNG LEUNG, | |
| Defendant. | |

Defendant, DANNY HUNG LEUNG, by and through undersigned counsel, applies for an order from this Court exonerating the bail posted to secure his release in the above-entitled case. Defendant self-surrendered to the Bureau of Prisons on May 6, 2016 and is making this application on the ground that the deed of trust and lien in favor of the Clerk of Court on the real property posted to secure defendant's release has not been extinguished and remains a cloud on title.

Dated: June 9, 2016                     Respectfully submitted,
                                        LAW OFFICES OF SCOTT L. TEDMON

                                        /s/ Scott L. Tedmon
                                        SCOTT L. TEDMON
                                        Attorney for Danny Hung Leung

**[~~PROPOSED~~] ORDER**

GOOD CAUSE having been shown, IT IS HEREBY ORDERED the bail posted in case number 2:96-CR-350-WBS to secure defendant Danny Hung Leung's release is EXONERATED.

DATED: June 9, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE